FILED

NOV - 7 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. |
| ALLISYHIA WATTS, | ) | |
| CARRIE CHAMBERS, | ) | **4:13CR472 JAR/TCM** |
| DEDRIELLE NORRIS, | ) | |
| ERICA BLAKELY, | ) | |
| INDIA BROWN, | ) | |
| KENDRA WILLIAMS, | ) | |
| LADAYSHA VALIANT, | ) | |
| MARKENNA ALLEN, | ) | |
| RAYSHOUNDA WILLIAMS, | ) | |
| SHANELL DAY, | ) | |
| TIARA AKINS, | ) | |
| EDREAM EVANS, | ) | |
| CARLONDO JOHNSON, and | ) | |
| KEVIN RUCKER, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning before November 2010, and continuing through on or about March 2013 in the Eastern District of Missouri,

**ALLISYHIA WATTS,**
**CARRIE CHAMBERS,**
**DEDRIELLE NORRIS,**
**ERICA BLAKELY,**
**INDIA BROWN,**
**KENDRA WILLIAMS,**
**LADAYSHA VALIANT,**
**MARKENNA ALLEN,**
**RAYSHOUNDA WILLIAMS,**

**SHANELL DAY,**
**TIARA AKINS,**
**EDREAM EVANS,**
**CARLONDO JOHNSON, and**
**KEVIN RUCKER,**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other to commit offenses against the United States, to wit: to make, utter and possess counterfeited and forged securities of an organization, with intent to deceive another person, organization, or government, in violation of Title 18, United States Code, Section 513(a).

A. **Manner and Means of the Conspiracy**

1. It was part of the conspiracy that the defendants opened checking accounts in their names at various banks. The defendants used the checks that they received by the banks to create counterfeit and forged checks by altering the account numbers at the bottom of the checks with white-out, an eraser, or razor. The defendants took the altered checks to various grocery stores in the Saint Louis area and used them to purchase personal items and gift cards. In many instances, the gift cards were then sold for amounts lower than the face value.

**B. Overt Acts.**

2. In furtherance of this conspiracy and to effect the ends thereof, the defendants committed and caused to be committed overt acts in the Eastern District of Missouri, including but not limited to the following:

A. Defendant Markenna Allen caused to be opened a Vantage Credit Union checking account with the account number XXX2527 for use in the counterfeit check scheme.

B. On or about August 3, 2012, defendant Carlondo Johnson caused to be opened a First Community Credit Union checking account with the account number XXXX83680 for use in the counterfeit check scheme.

C. On or about June 11, 2009, defendant Tiara Akins caused to be opened a Regions Bank checking account with the account number XXXXX5577 for use in the counterfeit check scheme.

D. On or about February 28, 2012, defendant Edream Evans caused to be opened a Connexus Credit Union checking account with the account number XXXX0440 for use in the counterfeit check scheme.

E. Defendant Kendra Williams taught other defendants how to write counterfeit checks by altering the account numbers at the bottom of the checks with white-out, eraser, or razor.

F. On or about January 5, 2013, in the Eastern District of Missouri, defendant Edream Evans conducted a transaction at Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $196.13 in merchandise.

G. On or about July 17, 2012, in the Eastern District of Missouri, defendant Allisyhia Watts conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $145.70 in merchandise.

H. On or about November 10, 2012, in the Eastern District of Missouri, defendant Erica Blakely conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon First Community bank to purchase $249.63 in merchandise.

I. On or about June 24, 2012, in the Eastern District of Missouri, defendant India Brown conducted a transaction at a Shop ‘n Save grocery store using a counterfeit check drawn upon US Bank to purchase $215.55 in merchandise.

J. On or about April 21, 2011, in the Eastern District of Missouri, defendant Shanell Day conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Bank Midwest to purchase $273.65 in merchandise.

K. On or about December 20, 2010, in the Eastern District of Missouri, defendant Markenna Allen conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Vantage bank to purchase $121.31 in merchandise.

L. On or about May 6, 2012, in the Eastern District of Missouri, defendant Dedrielle Norris conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $134.99 in merchandise.

M. On or about January 6, 2011, in the Eastern District of Missouri, defendant Ladaysha Valiant conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $120.05 in merchandise.

N. On or about October 15, 2011, in the Eastern District of Missouri, defendant Rayshounda Williams conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $181.66 in merchandise.

O. On or about September 3, 2011, in the Eastern District of Missouri, defendant Carrie Chambers conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $235.91 in merchandise.

P. On or about January 30, 2012, in the Eastern District of Missouri, defendant Tiara Akins conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Regions bank to purchase $127.58 in merchandise.

Q. On or about May 13, 2012, in the Eastern District of Missouri, defendant Carlondo Johnson conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Associated Bank to purchase $144.78 in merchandise.

R. On or about May 2, 2012, in the Eastern District of Missouri, defendant Kevin Rucker conducted a transaction at a Shop ‘n Save grocery store using a counterfeit check drawn upon US Bank to purchase $241.28 in merchandise.

S. On or about September 10, 2012, in the Eastern District of Missouri, defendant Kendra Williams conducted a transaction at a Schnucks grocery store using a counterfeit check drawn upon Academy Bank to purchase $155.96 in merchandise.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL.

______________________________
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

______________________________
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney